UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 6:24-cr-74-JSS-EJK

JEREMY CHARLES DeWITTE                       26 U.S.C. § 7206(1)

# INDICTMENT

The Grand Jury charges:

## General Allegations

At times material to this Indictment:

1. Defendant JEREMY CHARLES DeWITTE resided in and around Orlando, Florida, within the Middle District of Florida.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the federal tax laws of the United States and collecting taxes owed to the United States.

3. An IRS Form 1040, U.S. Individual Income Tax Return, was the form filed by an individual to report, among other things, income, gains, losses, deductions, and credits.

4. Between at least January 2016 and December 2018, DeWITTE was the sole owner of Metro State Special Services ("Metro State"), a funeral-procession escort business that operated in the Middle District of Florida. In operating this business, DeWITTE contracted with clients, who were typically funeral homes and

mortuaries, to furnish vehicle escorts, typically between a funeral location and a burial location. DeWITTE himself, along with others he hired, provided the hired vehicle escorts. Clients paid for the services by providing payment to DeWITTE or to Metro State.

5. For years 2016, 2017, and 2018, DeWITTE filed Forms 1040 with the IRS that purported to report, among other things, Metro State's gross receipts. But, in fact, the gross receipts that DeWITTE reported were materially less than Metro State's actual gross receipts in each of those years. As a result, DeWITTE caused his 2016, 2017, and 2018 Forms 1040 to be false because he materially underreported the gross receipts and, hence, the income earned from his business.

## COUNTS ONE AND TWO

6. The Grand Jury realleges and incorporates by reference the allegations contained in Paragraphs 1 through 5.

7. On or about the dates set forth in the table below, in the Middle District of Florida and elsewhere, the defendant,

JEREMY CHARLES DeWITTE,

willfully made and subscribed, and filed and caused to be filed with the IRS, the following false U.S. Individual Income Tax Returns, IRS Forms 1040, which were verified by a written declaration that they were made under penalties of perjury and which DeWITTE did not believe to be true and correct as to every material matter. The tax returns reported gross receipts or sales from the operation of DeWITTE's funeral-procession escort business, Metro State Special Services, in the amounts set

2

forth below when, as DeWITTE knew, his business's gross receipts exceeded those amounts.

| Count | Year | Approximate Filing Date | False Item |
|---|---|---|---|
| 1 | 2017 | April 15, 2018 | Schedule C, line 1: $19,305 in gross receipts or sales. |
| 2 | 2018 | April 15, 2019 | Schedule C, line 1: $17,100 in gross receipts or sales. |

All in violation of 26 U.S.C. § 7206(1).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
DAVID ZISSERSON
Assistant Chief
Curtis Weidler
Trial Attorney
United States Department of Justice, Tax Division

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

3

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

JEREMY CHARLES DEWITTE

## INDICTMENT

Violation:

26 U.S.C. § 7206(1)

A true bill,

_____
Foreperson

Filed in open court this 27th day of March, 2024.

_____
Clerk

Bail   $_____

GPO 863 525