UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:24-cr-00074-JSS-EJK

JEREMY CHARLES DEWITTE

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> Jeremy Charles DeWitte, defendant
>
> James Skuthan, Assistant Federal Defender
>
> Roger B. Handberg, United States Attorney
>
> Chauncey, Bratt. Assistant United States Attorney
>
> David Zisserson, Assistant Chief, Department of Justice, Tax Division
>
> Curtis Weidler, Trial Attorney, Department of Justice, Tax Division
>
> Cynthia Tejada, Special Agent, Internal Revenue Service
>
> Internal Revenue Service, Investigative Agency

2.	The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None

3.	The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None

4.	The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:   Internal Revenue Service.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: March 29, 2024

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:	*/s/ Curtis J. Weidler*
    Curtis J. Weidler
    Trial Attorney, Department of Justice,
    Tax Division
    NY Bar No. 3003290
    151 M. St., N.E. – Ste. 1.1103
    Washington, DC 20002
    Tel: 202-307-1436
    Fax: 202- 514-0961
    Email: Curtis.j.weidler@usdoj.gov

    and

David Zisserson  
Assistant Chief, Department of Justice,  
Tax Division  
D.C. Bar No. 493772  
151 M. St., N.E. – Ste. 1.1208  
Washington, DC 20002  
Tel: 202-514-6479  
Fax: 202- 514-0961  
Email: David.zisserson@usdoj.gov

U.S. v. JEREMY CHARLES DEWITTE         Case No. 6:24-cr-00074-JSS-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

By: */s/ Curtis J. Weidler*
Curtis J. Weidler
Trial Attorney, Department of Justice,
Tax Division
NY Bar No. 3003290
151 M. St., N.E. – Ste. 1.1103
Washington, DC 20002
Tel: 202-307-1436
Fax: 202- 514-0961
Email: Curtis.j.weidler@usdoj.gov