UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        CASE No. 6:24-cr-00074-JSS-EJK

JEREMY CHARLES DEWITTE


**NOTICE OF APPEARANCE**

The United States of America, by Roger B. Handberg, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the undersigned

attorneys, David Zisserson and Curtis Weidler, as counsel for the United States in the

above-captioned case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:

*/s/ Curtis J. Weidler*
Curtis J. Weidler
Trial Attorney, Department of Justice,
Tax Division
NY Bar No. 3003290
151 M. St., N.E. – Ste. 1.1103
Washington, DC 20002
Tel: 202-307-1436
Fax: 202- 514-0961
Email: Curtis.j.weidler@usdoj.gov


and

David Zisserson
Assistant Chief, Department of Justice,
Tax Division
D.C. Bar No. 493772
151 M. St., N.E. – Ste. 1.1208
Washington, DC 20002
Tel: 202-514-6479
Fax: 202- 514-0961
Email: David.zisserson@usdoj.gov

**U.S. v. JEREMY CHARLES DEWITTE**        **Case No.** 6:24-cr-00074-JSS-EJK

### CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

*/s/ Curtis J. Weidler*
Curtis J. Weidler
Trial Attorney, Department of Justice,
Tax Division
NY Bar No. 3003290
151 M. St., N.E. – Ste. 1.1103
Washington, DC 20002
Tel: 202-307-1436
Fax: 202- 514-0961
Email: Curtis.j.weidler@usdoj.gov

3