UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE No. 6:24-cr-00074-JSS-EJK

JEREMY CHARLES DEWITTE

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:   None

Dated:   March 29, 2024

                                                Respectfully submitted,

                                                ROGER B. HANDBERG
                                                United States Attorney

By:   */s/ Curtis J. Weidler*
        Curtis J. Weidler
        Trial Attorney, Department of Justice,
        Tax Division
        NY Bar No. 3003290
        151 M. St., N.E. – Ste. 1.1103
        Washington, DC 20002
        Tel: 202-307-1436
        Fax: 202- 514-0961
        Email: Curtis.j.weidler@usdoj.gov

and

David Zisserson
Assistant Chief, Department of Justice,
Tax Division
D.C. Bar No. 493772
151 M. St., N.E. – Ste. 1.1208
Washington, DC 20002
Tel: 202-514-6479
Fax: 202- 514-0961
Email: David.zisserson@usdoj.gov

U.S. v. JEREMY CHARLES DEWITTE        Case No. 6:24-cr-00074-JSS-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

                         By:    */s/ Curtis J. Weidler*
                                   Curtis J. Weidler
                                   Trial Attorney, Department of Justice,
                                   Tax Division
                                   NY Bar No. 3003290
                                   151 M. St., N.E. – Ste. 1.1103
                                   Washington, DC 20002
                                   Tel: 202-307-1436
                                   Fax: 202- 514-0961
                                   Email: Curtis.j.weidler@usdoj.gov