UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE No. 6:24-cr-00074-JSS-EJK

JEREMY CHARLES DEWITTE

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    IS         related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated:   March 29, 2024

                        Respectfully submitted,

                        ROGER B. HANDBERG
                        United States Attorney

By:   /s/ *Curtis J. Weidler*
      Curtis J. Weidler
      Trial Attorney, Department of Justice,
      Tax Division
      NY Bar No. 3003290
      151 M. St., N.E. – Ste. 1.1103
      Washington, DC 20002
      Tel: 202-307-1436
      Fax: 202- 514-0961
      Email: Curtis.j.weidler@usdoj.gov

and

David Zisserson
Assistant Chief, Department of Justice,
Tax Division
D.C. Bar No. 493772
151 M. St., N.E. – Ste. 1.1208
Washington, DC 20002
Tel: 202-514-6479
Fax: 202- 514-0961
Email: David.zisserson@usdoj.gov

U.S. v. Jeremy Charles DeWitte              Case No. 6:24-cr-00074-JSS-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

*/s/ Curtis J. Weidler*
Curtis J. Weidler
Trial Attorney, Department of Justice,
Tax Division
NY Bar No. 3003290
151 M. St., N.E. – Ste. 1.1103
Washington, DC 20002
Tel: 202-307-1436
Fax: 202- 514-0961
Email: Curtis.j.weidler@usdoj.gov