UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                  CASE No. 6:24-cr-00074-JSS-EJK

JEREMY CHARLES DEWITTE

**GOVERNMENT'S NOTICE OF
ESTIMATED LENGTH OF TRIAL**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby advises the Court that should this case go to trial, it is estimated that the length will be three days.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Curtis J. WEidler*
      Curtis J. Weidler
      Trial Attorney, Department of Justice,
      Tax Division
      NY Bar No. 3003290
      151 M. St., N.E. – Ste. 1.1103
      Washington, DC 20002
      Tel: 202-307-1436
      Fax: 202- 514-0961
      Email: Curtis.j.weidler@usdoj.gov

      David Zisserson
      Assistant Chief, Department of Justice,
      Tax Division
      D.C. Bar No. 493772
      151 M. St., N.E. – Ste. 1.1208
      Washington, DC 20002
      Tel: 202-514-6479

Fax: 202- 514-0961
Email: David.zisserson@usdoj.gov

2

U.S. v. Jeremy Charles DeWitte                Case No. 6:24-cr-00074-JSS-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

*/s/ Curtis J. Weidler*
Curtis J. Weidler
Trial Attorney, Department of Justice,
Tax Division
NY Bar No. 3003290
151 M. St., N.E. – Ste. 1.1103
Washington, DC 20002
Tel: 202-307-1436
Fax: 202- 514-0961
Email: Curtis.j.weidler@usdoj.gov