**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                **CASE NO: 6:24-CR-74-JSS-EJK**

**JEREMY DEWITTE,**

    **Defendant.**
_____/

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Jeremy Dewitte in the above-styled cause.

The Clerk is requested to enter the appearance of James T. Skuthan, First Assistant Federal Defender, as counsel for the Defendant.

Dated this 2nd day of April 2024.

                                        A. Fitzgerald Hall, Esq.
                                        Federal Defender, MDFL

                                        ***/s/ James T. Skuthan***
                                        James T. Skuthan, Esq.
                                        First Assistant Federal Defender
                                        Florida Bar No. 0544124
                                        201 South Orange Avenue, Suite 300
                                        Orlando, FL 32801
                                        Tel: 407-648-6338/Fax: 407-648-6095
                                        E-Mail: jim_skuthan@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was submitted to the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney, this 2nd day of April 2024.

*s/ James T. Skuthan*
Attorney for Defendant