AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| Jeremy Charles DeWitte | ) Case No. 6:24-cr-74-JSS-EJK |
|  | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>401 West Central Boulevard<br>Orlando, Florida 32801 | Courtroom No.: 4C |
| | Date and Time: 4/11/24 11:00am |

This offense is briefly described as follows:

Filing false tax returns, for years 2017 and 2018, in violation of 26 U.S.C. section 7206(1).

Date: 3/27/24

_Issuing officer's signature_

Ashleigh Levi Deputy Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 04-02-24

David Zisserson w/P/cgw
_Server's signature_

David Zisserson
_Printed name and title_

At the time of your arraignment, you will be called upon to enter a plea to the charges, and your attorney should be present. Contact the U.S. Pretrial Services Office at 401 West Central Boulevard, Suite 1300, Orlando, Florida 32801, (407) 835-3950 or (800) 776-0198, before the scheduled hearing for a Pretrial Services interview.