# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                       CASE NO: 6:24-cr-74-JSS-EJK

**JEREMY CHARLES DEWITTE**

AUSA: Adam Nate

Defense Attorney: James Skuthan, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **April 11, 2024**<br>8:32 A.M.-8:35 A.M.<br>9:07 A.M.-9:09 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 5 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
#### STATUS HEARING

Case called, appearances made, procedural setting by the Court.
Bench Warrant issued for failure to appear for the Initial Appearance and Arraignment on April 10 and April 11, 2024.
Court adjourned.