**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:24-cr-00074-JSS-EJK |
| JEREMY CHARLES DEWITTE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**UNITED STATES' UNOPPOSED PETITION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America respectfully moves for the Court to (a) set an arraignment and initial-appearance hearing in the above-captioned action and (b) issue a writ directing any United States Marshal to proceed to the Osceola County jail, take Defendant Jeremy Charles DeWitte into custody, have him appear before this Court for that arraignment and initial-appearance hearing and then, at the conclusion of that hearing, returned to the Osceola County Jail.

In support of this petition, the United States represents as follows:

1. On March 27, 2024, a grand jury in this district indicted DeWitte on two counts of filing false tax returns, in violation of 26 U.S.C. § 7206(1). (Doc. 1)

2. On April 2, 2024, a notice of hearing was issued setting DeWitte's arraignment and initial appearance for April 10 at 11:00 a.m. (Doc. 12). DeWitte did not appear. The Court then issued a minute entry rescheduling the initial-

appearance and arraignment hearing for April 11 at 8:30 a.m. (Doc. 13). DeWitte did not appear at that hearing.

3. On April 11, this Court issued a bench warrant commanding the United States Marshal to arrest DeWitte and bring him forthwith to the nearest magistrate to answer charges for failure to appear at his initial appearance and arraignment hearings. (Doc. 20).

4. Since then, DeWitte has been detained in custody at the Osceola County Jail, 402 Simpson Rd., Kissimmee, Florida, 34744, awaiting hearings and trials as a defendant in several state prosecutions. In that regard, although hearings have been continued several times, based on reviews of the state court dockets, trials in two cases are scheduled to begin on August 19, 2024 (Ninth Judicial Circuit, Osceola County, Case Nos. 2022-CF-003688 and 2024-CF-000990), with another trial scheduled for and September 24, 2024 (Ninth Judicial Circuit, Osceola County, Case No. 2024-CF-000469).

5. So there is not further postponement of DeWitte's arraignment and initial appearance in the above-captioned action, it is necessary to have DeWitte brought before this Court for those matters.

6. The undersigned counsel has conferred with counsel for Jeremy DeWitte, who does not oppose the relief requested herein.

WHEREFORE, the United States prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to take into custody the body of said defendant, have him brought before this Court at a time that this Court sets for the defendant's initial appearance and arraignment in the above-captioned action and, upon completion of that hearing, to return said defendant to the Osceola County jail.

Dated: August 5, 2024						Respectfully submitted,

								ROGER B. HANDBERG
								UNITED STATES ATTORNEY
								MIDDLE DISTRICT OF FLORIDA

								/s/ David Zisserson
								DAVID ZISSERSON
								D.C. Bar No. 493772
								Assistant Chief
								David.Zisserson@usdoj.gov

								Curtis J. Weidler
								New York Bar No. 3003290
								Trial Attorney
								U.S. Dept. of Justice, Tax Division
								150 M. St., NE
								Washington, DC 20002
								(202) 307-1436
								Curtis.j.weidler@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on the 5th day of August, 2024, I filed this document using the Court's CM/ECF system, which automatically notifies all counsel of record.

/s/ David Zisserson
Tax Division
U.S. Department of Justice
