**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:24-cr-00074-JSS-EJK |
| JEREMY CHARLES DEWITTE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   Any United States Marshal;

and

Warden,
Osceola County Jail
402 Simpson Rd.
Kissimmee, Florida, 34744

It appearing from the petition of the United States of America that the defendant in the above-captioned case, Jeremy Charles DeWitte, is confined in the Osceola County Jail in Kissimmee, Florida, and that this Court has scheduled a hearing for defendant's arraignment and initial appearance in the above-captioned case on _____, and that it is necessary for the defendant to appear before this Court for that hearing:

NOW, THEREFORE, this is to command you, any United States Marshal, to have the body of Jeremy Charles DeWitte, now detained in custody as aforesaid, under safe and secure conduct, before this Court on _____, by or before _____ , for an arraignment and initial-appearance hearing, and upon completion of that hearing, that you return Jeremy Charles DeWitte with all convenient speed, under safe and secure conduct, to the custody of the Osceola County Jail.

And this is to command you, Warden of the Osceola County Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

DONE and ORDERED at Orlando, Florida, this _____ day of August, 2024.

                                                      Honorable Embry J. Kidd
                                                     United States Magistrate Judge