# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                        **CASE NO: 6:24-cr-74-JSS-EJK**

**JEREMY CHARLES DEWITTE**

AUSA: Curtis Weider

Defense Attorney: Charles Taylor, Criminal Justice Act

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **August 26, 2024**<br>2:46 P.M. – 3:02 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 26 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Juan Cabrera |

## CLERK'S MINUTES
### INITIAL APPEARANCE

Case called, appearances made, procedural setting by the Court.
CJA counsel appointed.
Defendant motion for appointment of counsel. Motion granted. FPD appointed. Order to enter.
Defendant waives formal reading of indictment and enters a plea of not guilty. Scheduling order to enter.
Government ore tenus motion for detention.
Defendant reserves as to detention due to pending state matters.
The defendant is remanded to the custody of the U.S. Marshals pending further proceedings.
Court adjourned.