UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-cr-74-JSS-EJK

JEREMY CHARLES DEWITTE

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Dkt. 51) entered September 25, 2024, to which the objection period has expired, it is ORDERED:

1. The Report and Recommendation of the United States Magistrate Judge (Dkt. 51) is ACCEPTED, AFFIRMED, AND ADOPTED.

2. Defendant Jeremy Charles Dewitte has entered a plea of guilty to Counts One and Two of the Indictment knowingly, intelligently, and voluntarily. Such plea is accepted, and the Defendant is adjudicated guilty of Counts One and Two of the Indictment.

3. **Sentencing is scheduled for December 30, 2024 at 2:00 PM before the undersigned.**

4. Sentencing memoranda **shall be filed in each case** and shall be filed no later than five (5) days prior to the date of the sentencing hearing.

5. Counsel shall file a Notice on the docket within seven (7) days from the date of this Order and contact the Courtroom Deputy if the sentencing hearing is anticipated to take longer than forty-five (45) minutes.

**ORDERED** in Orlando, Florida on October 15, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services