# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:24-cr-00074-JSS-EJK |
| JEREMY CHARLES DEWITTE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## UNITED STATES' UNOPPOSSED PETITION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully moves the Court to issue a writ directing any United States Marshal to proceed to the Osceola County jail, take Defendant Jeremy Charles DeWitte into custody, have him appear before this Court for his sentencing hearing scheduled for January 7, 2025, and at the conclusion of that hearing, returned to the Osceola County Jail.

In support of this petition, the United States represents as follows:

1. On March 27, 2024, a grand jury in this district indicted DeWitte on two counts of filing false tax returns, in violation of 26 U.S.C. § 7206(1). (Doc. 1)

2. On April 11, after DeWitte had twice failed to appear for arraignment and initial appearance hearings, this Court issued a bench warrant commanding the United States Marshal to arrest DeWitte and bring him

forthwith to the nearest magistrate to answer for his failure to appear at the hearings. (Doc. 20).

3. Since then, DeWitte has been detained in custody at the Osceola County Jail, 402 Simpson Rd., Kissimmee, Florida, 34744, awaiting hearings and trials as a defendant in several state prosecutions, a number of which are ongoing.

4. According to the state dockets, DeWitte was scheduled to begin trial in two cases on December 3, 2024. (Ninth Judicial Circuit, Osceola County, Case Nos. 2024-CF-000469 and 2024-CF-000990). He is scheduled to plead guilty in another case on January 6, 2025. (Ninth Judicial Circuit, Orange County, Case No. 2023-CR-000843.) And last month, following a trial in Osceola County, DeWitte was convicted of a sex offender registration violation and sentenced to serve nearly 7 years in prison.[1]

5. In the above-captioned matter, DeWitte pled guilty to the indictment on September 25, 2024, (Doc. 47), and the Court accepted his plea on October 15. (Doc. 56). Sentencing is scheduled for January 7, 2025, at 2:00 PM.

6. Because DeWitte is in custody at the Osceola County Jail, it is necessary for the Court to order that DeWitte be brought before the Court for the January 7 hearing.

---

[1] https://sao9th.com/jeremy-dewitte-sentenced-to-nearly-seven-years-for-sex-offender-violation/

7.      The undersigned counsel has conferred with counsel for DeWitte, who does not oppose the relief requested herein.

WHEREFORE, the United States prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to take into custody the body of said defendant, have him brought before this Court for the sentencing hearing scheduled for January 7, 2024, at 2:00 PM and, upon completion of that hearing, to return said defendant to the Osceola County jail.

Dated: December 4 , 2024                           Respectfully submitted,

                                                   ROGER B. HANDBERG
                                                   UNITED STATES ATTORNEY
                                                   MIDDLE DISTRICT OF FLORIDA

                                                   /s/ David Zisserson
                                                   DAVID ZISSERSON
                                                   D.C. Bar No. 493772
                                                   Assistant Chief
                                                   David.Zisserson@usdoj.gov


                                                   Curtis J. Weidler
                                                   New York Bar No. 3003290
                                                   Trial Attorney
                                                   U.S. Dept. of Justice, Tax Division
                                                   150 M. St., NE
                                                   Washington, DC 20002
                                                   (202) 307-1436
                                                   Curtis.j.weidler@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on the 4th day of December, 2024, I filed this document using the Court's CM/ECF system, which automatically notifies all counsel of record.

/s/ David Zisserson
Tax Division
U.S. Department of Justice
