```
04/15/24                OSCEOLA COUNTY SHERIFF'S OFFICE                    208
11:11                        CALL DETAIL REPORT                  Page:     1

Call Number:       24C062571

Nature:            WANTED PERSON
Reported:          18:08:18 04/11/24
Rcvd By:           SAVILLO, DOM                   How Rcvd: 9
Occ Btwn:          18:08:19 04/11/24   and 18:09:08 04/11/24
Type:              l
Priority:          1

Address:           402 SIMPSON RD; OSCEOLA COUNTY CORRECTIO
City:              KISSIMMEE

Alarm:

COMPLAINANT/CONTACT
-------------------
Complainant: ,                                              Name#:
Race:     Sex:      DOB:        **
Address: ,
Home Phone:                                 Work Phone:

Contact: JEREMY DEWITT 021080
Address: 400 SIMPSON ROAD ated
Phone: (407)348-2158

RADIO LOG
---------
Dispatcher Time/Date          Unit   Code Zone Agnc Description
---------- -----------------  ------ ---- ---- ---- ---------------------------
MORTIMORE, 18:30:54 04/11/24  264    ENRT 67   OCSO incid#=24I039442 Enroute to
                                                    a call disp:CLO call=379l
MORTIMORE, 19:01:48 04/11/24  264    BUSY 67   OCSO incid#=24I039442 corr
                                                    call=379l
WHITEHAIR, 19:03:51 04/11/24  264    TT   67   OCSO H300423800500 FL
WHITEHAIR, 19:09:04 04/11/24  264    TT   67   OCSO D300423800500 FL
WHITEHAIR, 19:14:44 04/11/24  264    TT   67   OCSO T99 OUR AGENCY FL INAMTE &
                                                    37 OFFENDER // VCE 2028 //
                                                    CAD HX ADVD //
WHITEHAIR, 19:15:01 04/11/24  264    58   67   OCSO EAST
MORTIMORE, 19:16:54 04/11/24  264    15   67   OCSO WM
MORTIMORE, 19:16:59 04/11/24  264    ENRT 67   OCSO incid#=24I039442 CORR
                                                    call=379l
PAGAN, DAN 19:30:42 04/11/24  264    NMIN 64   OCSO MDC: dl=D300423800500
                                                    state=FL
PAGAN, DAN 19:30:43 04/11/24  264    DLIN 64   OCSO MDC: dl=D300423800500
                                                    state=FL
MORTIMORE, 19:36:36 04/11/24  264    BUSY 67   OCSO incid#=24I039442 CORR
                                                    call=379l
MORTIMORE, 19:53:45 04/11/24  264    43   67   OCSO SPILLMAN IS DOWN IN THE JAIL
                                                    NO WAY FOR US TO DO THE
                                                    BOOKING
MORTIMORE, 21:07:15 04/11/24  271    ENRT 67   OCSO incid#=24I039442 c=379l
MORTIMORE, 21:07:37 04/11/24  271    CMPL 67   OCSO incid#=24I039442 Reassigned
                                                    to call 463l, completed call
                                                    379l
```

Exhibit 1

```
04/15/24                OSCEOLA COUNTY SHERIFF'S OFFICE                      208
11:11                        CALL DETAIL REPORT                    Page:      2

MORTIMORE, 21:15:23 04/11/24 264    CMPL 67    OCSO incid#=24I039442 Completed
                                               call disp:ACT clr:A
                                               call=379l

  COMMENTS
  --------
    18:08:19 04/11/2024 - SAVILLO, DOM CNTX data. Caller Name: OSCEOLA CTY FIRE
    E911 CALL JAI, Phone: (407)348-2158, UNC: 0, Lat: 0, Long: 0, Est. Loc.: 400
    SIMPSON ROAD ated 18:09:07 04/11/2024 - SAVILLO, DOM TURNING HIMSELF IN/
    FAILURE TO APPEAR OUT OF OSCEOLA CO /. LSW GRN SHIRT AND BLK PANTS 18:59:51
    04/11/2024 - MORGAN, N COMPL RE-LL ADV HES BEEN WAITING FOR 2 HOURS REQ ETA /
    ADV DS ENRT

  UNIT HISTORY
  ------------
  Unit    Time/Date           Code
  ------  ------------------  ----
  264     18:30:54 04/11/24   ENRT
  264     19:01:48 04/11/24   BUSY
  264     19:03:51 04/11/24   TT
  264     19:09:04 04/11/24   TT
  264     19:14:44 04/11/24   TT
  264     19:15:01 04/11/24   58
  264     19:16:54 04/11/24   15
  264     19:16:59 04/11/24   ENRT
  264     19:30:42 04/11/24   NMIN
  264     19:30:43 04/11/24   DLIN
  264     19:36:36 04/11/24   BUSY
  264     19:53:45 04/11/24   43
  264     21:15:23 04/11/24   CMPL
  271     21:07:15 04/11/24   ENRT
  271     21:07:37 04/11/24   CMPL

  RESPONDING OFFICERS
  -------------------
  Unit    Officer
  ------  --------------------
  264     PAGAN, DANIEL
  271     CRUZ, JEREMY

  INVOLVEMENTS
  ------------
  Type Record#    Date     Description                    Relationship
  ---- ---------- -------- ------------------------------ ------------------------
  LW   24I039442  04/11/24 WANTED PERSON 24I039442 402    Initiating Call
```