# Osceola County Uniform Charging Affidavit

B: 24002967

**OSCEOLA CO SHERIFF'S OFFICE**
ARREST # 241039442   OBTS#

**WARRANT**

| Filing Agency | Case# | Master Name # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| OSCEOLA CO SHERIFF'S OFFICE | 241039442 | 953429 | 04743889 | 586813JB8 | |

| Defendant's Last Name | First | Middle | SUF | Alias | Citizenship |
|---|---|---|---|---|---|
| DEWITTE | JEREMY | CHARLES | | | US |

| Race | Eth | Sex | Hgt | Eyes | Hair | Wgt | Comp | Age | DOB | Birthplace | Scars, Marks, TT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | NONH | M | 5'09" | BLU | BRO | 190 | MED | 44 | 1980 | FL US | |

| Permanent Address | Phone (Home) | Local Address |
|---|---|---|
| 2404 ACCORD TER, KISSIMMEE FL, 34758 | (407)873-1469 CEL | |

| Arrest Location | Area/Zone | Phone (Work) | Place of Employment | Occupation |
|---|---|---|---|---|
| 402 Simpson Road Kissimmee | 67 | ( ) - | Clean Sweep of Orlando | Independent Contra |

| Violation Location | Area/Zone | Date/Time of Violation | Date/Time Arrested | Arresting Officer |
|---|---|---|---|---|
| 402 SIMPSON RD; OSCEOLA COUNTY CORRECTIONS; CORRECTION | 67 | 04/11/2024 19:16 | 04/11/2024 19:34 | PAGAN, DANIEL |

| DL # | State | Breathalyzer By | Reading | Miranda Advisement | By Whom? | Indication of: | Y N UK |
|---|---|---|---|---|---|---|---|
| D300423800500 | FL | | | | | Alcohol Influence: | X |

| Domestic Violence | Weapon Seized | Officer Injured? | Language Spoken? | Caution | Drug Influence: | X |
|---|---|---|---|---|---|---|
| No | NR | NR | NR | NR | | |

| Drug Type: NR | Type: N-N/A A-Amphetamine | B-Barbiturate C-Cocaine H-Heroin | H-Hallucinogen M-Marijuana O-Opium | P-Paraphernalia/ Equipment S-Synthetic | U-Unknown Z-Other | Activity NR | Activity: N-N/A P-Possess S-Sell | B-Buy T-Traffic A-Smuggle | E-Use M-Manufacture/ Produce/ D-Deliver | K-Dispense/ Distribute Z-Other Cultivate |

| 1 Defendant's Vehicle Make: | Type: | Year: | Color: | VIN #: |
|---|---|---|---|---|
| Vehicle towed to: | Tag#: | | Other Identification or Remarks: | |

| # | CoDefendant: | Address | Phone # | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| 1 | , | 1, , | | | | |

| Charge | OFFENSES CHARGES | F.S.# | CAPIAS/WARRANT # | CITATION# | BOND AMT |
|---|---|---|---|---|---|
| 3F | FAIL 2REPORT CHANGE VEHICLE OWNERS | 943.0435 | 24CF990 | | 0.00 |
| | | | | **BOND GRAND TOTAL** | 0.00 |

Before me this date personally appeared PAGAN, DANIEL who being first duly sworn deposes and says that on 4/11/2024 7:34:13PM at 402 Simpson Road Kissimmee - in Osceola County Florida, the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

The above defendant was contacted and arrested for an active warrant out of Osceola County Jail. Warrant was confirmed and defendant was
booked into the Osceola County Jail.

Warrant #329799

Court Case # 24CF990

I swear the above statement is correct and true to the best of my knowledge and belief

2682   PAGAN, DANIEL   ID #: 2682   OSCEOLA CO SHERIFF'S OFFICE

OFFICER/AFFIANT'S SIGNATURE   OFFICER NAME   DIVISION / UNIT

STATE OF FLORIDA COUNTY OF OSCEOLA

The foregoing instrument was acknowledged before me this _11_ day of _April_, (year) _2024_, who is personally known to me or who has produced (ID Type) Police as identification and who DID take an oath.

Law enforcement officer / corrections officer per f.s. 117.10

NINTH JUDICIAL CIRCUIT
OSCEOLA COUNTY
STATE OF FLORIDA

**Exhibit 2**

Page 1 of 1

Form # OCUCA 1.1   Date: 03/07/2011

```
04/11/2024                      OSCEOLA COUNTY JAIL                              4419
18:36                         Wanted Person Table:                         Page:    1
  Want
   Want Number      329799
   Docket Number                            Process Type   F    FELONY WARRANT
   Court Number    24CF990                  Crime Class
   Date Issued     03/29/2024               Date Returned     /  /
   Date Received   04/01/2024               Disposition    A    ACTIVE
   Date Expires      /  /                   Disp Date         /  /
     Wanted For    FAIL TO REPORT CHANGE IN VEHICLE

   Wanted Person
  Numbr     953429 FELONY WARRANT+
   Last   DEWITTE                   Fst   JEREMY         Mid   CHARLES
   DOB         1980  SSN            Adr√ 2404 ACCORD TER                 THFI&
   Race   W  Sx  M  Tel  (407)873-1469  Cty  KISSIMMEE        ST  FL  ZIP  34758

   Details
  Issuing Court   CT   CIRCUIT COURT      Cash Only?
          Judge  BIGNEY                   Night Service
         Agency  OCSO OSCEOLA CO SHERIFF Extradition   NCIC
        Officer  EDWARDS, EL                  Local ID
  Relatd Incdnt  24I033952                  NCIC Code  9062    SEX OFFENDER VIOLATI
    Bail Amount                  0.00     Offense Code

 Offenses    943.0435-2B3
 Attempts
  Remarks   (See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

INVOLVEMENTS:
 Type  Record #     Date       Description                  Relationship
  LW   24I033952  04/02/2024   SEX OFFENDER                 *Originated by
  NM      953429  04/02/2024   DEWITTE, JEREMY CHARLES      *FELONY WARRANT

Wants Offenses Detail:
                   Want Offenses
 Seq Offense Code                        Description                          Dsp
  1  943.0435-2B3                        FAIL 2REPORT CHANGE VEHICLE OW

 Remarks:

*BOND NONE W/ CONDITIONS OF TO BE SET AT IA/ Tue Apr 02 09:41:58 EDT 2024 DJAM
```

OSCEOLA COUNTY CORRECTIONS DEPARTMENT
ADVICE TO DEFENDANT

STATE OF FLORIDA

Plaintiff

-vs-

Dewitte, Jeremy

Defendant

CASE NO. _____

CHARGES _____

Warrant

### ADVICE TO DEFENDANT, FIRST APPEARANCE F.R.C.P.3.130(A) (2)

1. I have been advised:
    a. That the Judge will advise me of the charge(s), and the bond, if any, which may secure my release.
    b. That I am not required to say anything and that anything I say may be used against me.
    c. That if I am not represented by a lawyer, I have the right to counsel and if I am unable to afford counsel, counsel will be appointed, forthwith.
    d. That I have a right to communicate with counsel, family or friends, and if necessary, means will be provided to enable me to do so.
    e. That any waiver of counsel is limited to first appearance only, and shall not be construed to be a waiver of counsel for subsequent proceedings.
2. ( ) I am financially able to afford a lawyer. His/her name is _____
   ( ) **I WAIVE MY RIGHT TO REPRESENTATION BY COUNSEL (F.R.C.P.3.160(e)).**
   (X) I am financially unable to afford a lawyer and I want one appointed for me.

**I HEREBY STATE THAT I MAY BE NOTIFIED AT THE FOLLOWING ADDRESS:**

_____,
Street Address              City           State           Zip
**TELEPHONE NUMBER**_____, and understand I must notify the Clerk of Court, Osceola County, Kissimmee, Florida, 34741, in writing of an address change and that if I fail to appear at any future proceedings, the Court will issue a capias for my arrest.

I HAVE RECEIVED A COPY OF THIS FIRST APPEARANCE SHEET.

_____         _____
Defendant Signature              Witness

Form 500.69 (Ori: 07/13/2016 /// 03/15/2017)



**OSCEOLA COUNTY CORRECTIONS DEPARTMENT**
ASESORAMIENTO AL ACUSADO

CASO NUM.._____

**ESTADO DE FLORIDA**
    Demandante

CARGOS_____

Vs

_____
    Acusado

**ASESORAMIENTO AL ACUSADO, COMPARECENCIA INICIAL (F.R.C.P.3.130(A)(2)**

1. He sido notificado:
   a. Que el juez me informara acerca de la acusacion y de alguna possible fianza con que pueda obtener mi excarcelamiento.

   b. Que no estoy obligado a hablar y que todo lo que diga podria utilizarse en mi contra.

   c. Que si no estoy representado por un abogado, tengo el derecho de obtener uno, y si no puedo pagar un abogado, me lo asignaran aqui y ahora.

   d. Que tengo el derecho de comunicarme con un abogado, familiar o amigo, y de ser necesario, se me proveeran los medios para hacerlo.

   e. Que cualquier renuncia de representacion legal esta limitada a la comparecencia inicial y no debe entenderse como una renuncia de abogado para procesos posteriores.

2.   ( ) Tengo los medios para pagar un abogado. Su nombre es._____

   **( ) RENUNCIO AL DERECHO DE TENER UN ABOGADO QUE ME REPRESENTE (F.R.C.P.3.160(e).**

   ( ) No tengo los medios para pagar un abogado y deseo que me asignen uno.

**POR ESTE MEDIO SOLICITO QUE ME NOTIFIQUEN A ESTA DIRECCION:**

_____
CalleyNum.         Ciudad         Estado         C6digo Postal

**NUMERO TELEFONICO** _____ , y entiendo que debo notificar por escrito cualquier cambio de direccion a: Clerk of Court, Osceola County, Kissimmee, Florida, 34741; y que sino comparezco a futuros procesos judiciales, el Tribunal expedira una orden de arresto contra *mi*.

HE RECIVIDO COPIA DE ESTA HOJA DE COMPARECENCIA INICIAL

_____     _____
Firma del Acusado                  Testigo

Form 500.69  (Ori: 07/13/2016 /// 03/15/2017)