# PROPOSED LANGUAGE FOR SENTENCING ORDER

The United States respectfully proposes that the sentencing order for Defendant Jeremy DeWitte include the below language in the section that specifies the Special Conditions of Supervision:

As a condition of defendant's supervised release, defendant must make restitution to the following payee in the amount listed below.

| **Name of Payee** | **Restitution ordered** |
|---|---|
| Internal Revenue Service – RACS<br>Attn: Mail Stop 6261, Restitution<br>333 West Pershing Ave.<br>Kansas City, MO 64108 | $69,461 |

**Schedule of Payments and Terms:**

It is further ordered that a lump-sum payment of the restitution is due upon commencement of defendant's supervised release. If defendant is unable to fully pay the full amount of restitution at that time, the defendant shall make monthly payments of $100, or 10% of his gross earnings, whichever is greater, while on supervised release.

**Exhibit 3**

The defendant shall send all restitution payments made pursuant to the court's restitution order to the Clerk of the Court for the Middle District of Florida, and with each payment to the Clerk of Court, the defendant shall provide the following information: the defendant's name and Social Security number; the District Court and the docket number assigned to this case; tax years or period for which restitution has been ordered; and a statement that the payment is being submitted pursuant to the Court's restitution order. The defendant shall include with each payment a request that the Clerk of Court send the information, along with the defendant's payments, to the IRS address below:

> IRS – RACS
> Attn: Mail Stop 6261, Restitution
> 333 W. Pershing Ave.
> Kansas City, MO 64108