**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISON**

UNITED STATES OF AMERICA,      )
                               )
v.                             )
                               )     Case No. 6:24-cr-00074-JSS-EJK
JEREMY CHARLES DEWITTE         )
                               )
        Defendant.             )
_____)

### United States' Notice of Estimated Hearing Length

The United States respectfully files this notice to apprise the Court and the

defendant that the United States estimates that the sentencing hearing that is

scheduled for 12:00 p.m. on January 7, 2025, in the above-captioned case will

require approximately one hour.

On December 17, 2024 (D. 61), the Court set aside 45 minutes for the

sentencing hearing. The United States anticipates that an additional 15 minutes

will be necessary to permit the United States to call one witness, Osceola County

Sheriff's Deputy Daniel Pagan, to testify about the timing of the defendant's

arrest on April 11, 2024.  This testimony is relevant to the obstruction-of-justice

enhancement that is recommended in the Presentence Investigation Report (*see*

D. 62 at ¶ 23) for defendant's willful failure to appear at the April 11, 2024 initial-

appearance-and-arraignment hearing.  In his objection to that Report, DeWitte

has denied that his failure to appear at that hearing was willful, claiming that he

was arrested while he was on the way to the hearing.

The United States anticipates that Deputy Pagan's testimony will require

15 minutes.

Dated: December 30, 2024                    Respectfully submitted,

                                            Roger B. Handberg
                                            UNITED STATES ATTORNEY

                                            /s/ Curtis J. Weidler
                                            Curtis J. Weidler
                                            Trial Attorney
                                            U.S. Dept. of Justice, Tax Division
                                            Southern Criminal Enforcement
                                            Section
                                            150 M. St., NE
                                            Washington, DC 20002
                                            (202) 307-1436
                                            Curtis.j.weidler@usdoj.gov

                                            David Zisserson
                                            Asst. Chief, Southern Criminal
                                            Enforcement Section
                                            U.S. Dept. of Justice, Tax Division,
                                            150 M. St., NE
                                            Washington, DC 20002
                                            (202) 514-6479
                                            David.zisserson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on the 30th day of December, 2024, I filed this document using

the Court's CM/ECF system, which automatically notifies all counsel of record

of the filing.

/s/ Curtis J. Weidler
Curtis J. Weidler
Trial Attorney
U.S. Dept. of Justice, Tax Division
150 M. St., NE
Washington, DC 20002
(202) 307-1436
Curtis.j.weidler@usdoj.gov
