**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Sentencing Hearing

Case Number: 6:24-cr-74-JSS-UAM

| UNITED STATES OF AMERICA | Government's Counsel: | David Zisserson |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| Jeremy Charles Dewitte | Defense Counsel: | Charles Taylor, Jr. |
| Defendant. | | |

| Judge: | Julie S. Sneed | Court Reporter: | Karla Hyland hylandtranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | January 7, 2025 | Time: | 11:57 PM – 12:10 PM, 12:25 PM – 12:59 PM TOTAL: 47 minutes |

Case called. Appearances taken. Defendant sworn.

The court hears argument on objections to the Presentence Investigation Report.

Defendant is adjudged guilty to Counts One and Two of the Indictment.

**IMPRISONMENT:** 41 months.  This term consists of a 36 month term as to Count One and a 5 month term as to Count Two to run consecutively to Count One.  The terms of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment imposed pursuant to the judgment in Osceola County Circuit Court, Docket Number 2022-CF-003688.

The court makes the following recommendations to the Bureau of Prisons:
  1. Confinement at FCI Coleman or FCI Miami, FL

**SUPERVISED RELEASE:**  1 year. This term consists of a 1 year term as to Count One and a 1 year term as to Count Two, all such terms to run concurrently.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**
- Mental Health Treatment
- No New Credit Charges or Cards
- Collection of DNA
- Payment of restitution

**RESTITUTION:**    $69,461.00
Payees:  Department of Treasury, Internal Revenue Service

**FINE:**  Waived

**SPECIAL ASSESSMENT:**  $200.00

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Witnesses:
Daniel Pagan (sworn)